EXHIBIT C

# PURCHASE POWER
## Mortgage Program

✔ Maximize Purchase Power
✔ Minimize Fees

## THE NEW STANDARD IN PURCHASE MORTGAGE FINANCING

Simply said, our Purchase Power Mortgage Program helps you **put more of your money into your house and less into your closing**. With our Purchase Power Mortgage Program, you have access to **everyday low rates** and **savings on fees**:

- No Appraisal Fee
- No Underwriting Fee
- No Document Prep Fee
- No Flood Certification Fee
- And more...

- No Credit Report Fee
- No Fee for Lender Title Policy
- No Recording Fee
- No Settlement or Closing Fee

NOTE: Please refer to the disclosures on the reverse side for additional important information.

Plus:

- **Access to low competitive rates** — We will save you hundreds in closing costs while providing access to everyday low rates. And remember, with GMAC Mortgage, you never pay an application fee.

- **Accelerated Payoff Program** — You can choose weekly or bi-weekly payment options that can reduce the time it takes to pay off your mortgage, resulting in interest savings over the life of the loan. Talk with your loan officer for details.

- **Close on Time Pledge** — We pledge that we will meet the agreed upon closing date, or we will give you a $500 pre-paid gift card.

### See how much you can save with our Purchase Power Mortgage Program.

Call me today at 910-338-6500



**Phil Cunningham**
**Mortgage Loan Officer**
1213 Culbreth Drive
Suites 143 & 144
Wilmington, NC 28405
Cell: 910-338-6500
phil.cunningham@gmacm.com
http://www.gmacm.net/phil.cunningham
NMLS #659032

Serving homeowners for more than 25 years

**GMAC Mortgage**


PP-0612

**Purchase Power Mortgage Program.** Available only for first lien, purchase loan applications submitted between 09/01/2011 and 12/31/2012 through GMAC Mortgage loan officers. Subject to change without notice. Note that some loan programs limit the amount a Lender can contribute to closing costs and fees. Also note that some investors limit the amount of cash refund a borrower can receive on certain loans. Absent such limits, the Lender will pay or waive the following fees under the Purchase Power Mortgage Program for purchase loans that close: Credit Report Fee, Document Preparation Fee, Loan Processing Fee, Underwriting Fee, Settlement or Closing Fee, Closing Indemnification Letter Fee, Appraisal Fees, Title Search and Examination Fees, Lender's Attorneys Fees, Recording Fees, Flood Certification and Determination Fees, and Fees related to Lender's Title Policy and Endorsements. Borrower is responsible for all other actual fees and costs as allowed by law (whether paid before or at closing), including fees for services not required by Lender. Although not required under the Purchase Power Mortgage Program, borrower has the option to pay discount points to obtain a lower interest rate.

**Accelerated Payoff Program.** Under the Accelerated Payoff Program, partial mortgage payments are withdrawn from your bank account once a week, every two weeks, or twice a month. Full monthly mortgage payments are applied to your loan once a month. Over a 12-month period, you make the equivalent of 13 monthly mortgage payments, thus helping to reduce your loan balance more quickly than scheduled.

**Close on Time Pledge.** If your application for a purchase loan is approved, GMAC Mortgage (GMACM) pledges to close your loan by the date stated in your Sales Contract. If you have provided all requested documents and information, but GMACM cannot close your loan by the date stated in your contract because of something it did or did not do, GMACM will give you a prepaid $500 gift card from a national home improvement retailer within 15 days after the actual closing date. Only one $500 gift card will be given per loan transaction regardless of the number of applicants or delays. This Close on Time Pledge (a) is available only on purchase loans closed through GMACM, excluding FHA loans and loans where the closing must take place less than 30 days from the date of application, and (b) may be withdrawn at any time at GMACM's sole discretion. Not available in Nevada or Ohio.

**Additional Conditions:** Application is required and is subect to underwriting. Not all applicants are approved. Full documentation & property insurance required. Loan secured by a lien against your property. Fees & charges apply and may vary by product and State. Terms, conditions & restrictions apply, so call for details. Payments do not include amounts due for taxes & insurance, so actual payment will be greater. Recent rate shown for closed or committed loans, but rates, loan products & fees subject to change without notice. Your rate and term may vary. If you do not lock in a rate when you apply, your rate at closing may differ from the rate in effect when you applied. Consolidating or refinancing debts may increase the total finance charges you pay over the life of the loan and/or the time needed to repay the loan. Important information relating specifically to your loan will be contained in the loan documents, which alone will establish your rights and obligations under the loan plan.

GMAC Mortgage acts as a MORTGAGE BROKER ONLY, NOT AS A MORTGAGE LENDER OR MORTGAGE CORRESPONDENT LENDER. When acting as a mortgage broker, GMAC Mortgage (i) arranges but does not make loans and (ii) submits all loan applications to an affiliate for credit decisions and funding, which may affect availability of funds.

NMLS Unique Identifier # 1045; Alaska Mortgage Broker/Lender Licensee # AK1045; Arizona Mortgage Banker License # BK-0908590; Licensed by the Department of Corporations under the California Residential Mortgage Lending Act; Colorado Responsible Party: Tom West (NMLS ID # 41352, CO Mortgage Loan Originator License # 100025368). To check the license status of your mortgage broker, visit http://www.dora.state.co.us/real-estate/index.htm; Georgia Residential Mortgage Licensee #5845; Illinois Residential Mortgage Licensee # MB.6760182 by the Illinois Department of Financial and Professional Regulation -- Division of Banking, 122 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603, (312) 793-3000; Massachusetts Mortgage Lender and Broker License # MC1045; Minnesota: This is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn. Stat. Section 47.206 (3) and (4); Mississippi Licensed Mortgage Company; Montana Mortgage Lender Licensee # 1045; Licensed by the Nevada Division of Mortgage Lending to make loans secured by liens on real property, License # 610, 10775 Double R Blvd, Suite 123, Reno, NV 89521 (775- 853-4622); Licensed by the New Hampshire Banking Department; Licensed by the N.J. Department of Banking and Insurance; Licensed Mortgage Banker— NYS Banking Department; Ohio Mortgage Loan Act Certificate of Registration # SM.501453.000; Ohio Mortgage Broker Act Mortgage Banker Exemption # MBMB.850031.000; Oregon Mortgage Lending License # ML-160; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender and Licensed Loan Broker; Licensed by the Virginia State Corporation Commission License # MC-4473. Washington Consumer Loan Company License # CL- 1045, licensed entity name, GMAC Mortgage, LLC, NMLS # 1045. GMAC Mortgage, LLC (licensed in some states as GMAC Mortgage, LLC d/b/a ditech). 1100 Virginia Drive, Fort Washington, PA 19034 (215-734-5000).

© 2012 GMAC Mortgage, LLC. GMAC Mortgage is a registered service mark.
Ally Bank is a registered service mark.