

EXHIBIT

D



OCWEN
P.O. Box 785063
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*

WWW.OCWEN.COM

December 03, 2013

John Robert Begley

E-mail: ckkj@aol.com

RE: Loan Number:       601547399
Property Address:    1254 Greenview Lane
                     Gulf Breeze, FL  32563

Dear John Robert Begley :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

**Concern#1** You stated that the October 2013 payment was remitted towards the loan in a timely manner and expressed concern regarding the bi-weekly payment program and requested us to provide you with assistance in this regard.

**Response** Please be advised that you were set up on a bi-weekly payment program. Unfortunately, we have experienced system issues regarding this payment option. As this is not an error on your part, you will not be assessed with late charges or be reported as delinquent to the credit bureaus during the month of October 2013. We apologize for any inconvenience this may have caused.

A review of our records indicates that on September 19, 2013, we received a payment in the amount of $1,686.36, which was placed in the suspense (partial payment-credit) account. Further, on October 3, 2013, we received a payment in the amount of $843.18, which was placed in the suspense (partial payment-credit) account, as the payment was insufficient to satisfy a complete mortgage payment.

On October 8, 2013, we received a payment in the amount of $843.17, which along with the funds of $2,529.54 from the suspense (partial payment-credit) account was utilized to satisfy the October 1, 2013 payment.

Please be advised that no late charges have been assessed and no derogatory reporting has been made on the loan for the month of October 2013.

The last payment received on the loan was on November 29, 2013 in the amount of $1,686.36, which along with the funds of $1,686.36 from the suspense (partial payment-credit) account was utilized to satisfy the December 1, 2013 payment. For any further questions or concerns regarding Bi-Weekly Payment you may contact Equity Accelerator at (800) 209-9700.

We have placed a request for our Payment Reconciliation History to be sent to your attention, which reflects all credits and disbursements made to the loan by us, and the resulting loan status.

RRCMAINLTRE.24

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



P.O. Box 785063
*Orlando, FL 32878-5063*
*(Do not send any correspondence or payment to the above address)*

WWW.OCWEN.COM

As of the date of this letter, the loan is due for the January 1, 2014 payment. For any further questions or concerns regarding the loan, you may contact our Customer Care Center at (800) 746-2936.

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,

Vadavi, Pankaja R
Research Department
Ocwen Loan Servicing, LLC

RRCMAINLTRE.24

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*