IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN ROBERT BEGLEY and CARRIE BELL BEGLEY, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) CASE NO. 3:16-cv-00149-MCR-CJK |
| v. | )<br>) |
| OCWEN LOAN SERVICING, LLC, | )<br>) |
| Defendant. | ) |

**MEDIATOR'S REPORT AND PARTIES' STATEMENT ON PROGRESS OF ONGOING MEDIATION**

On August 26, 2016, the Court entered an Order temporarily staying this complex putative class action pending mediation by the parties (Doc. 30). The Court also ordered the parties to provide the Court with a status report regarding their mediation efforts on or before October 11, 2016 (*Id.*).

Pursuant to that Order, Plaintiffs John and Carrie Begley and Defendant Ocwen Loan Servicing, LLC jointly submit the attached Mediator's Report, dated October 3, 2016, confirming that the parties (A) held a full day of mediation on September 26, 2016 and made substantial progress through mediation towards a possible resolution of this case, and (B) are scheduled to resume the mediation before former United States District Judge Thomas E.Scott (Ret.) on November 10, 2016.

1

In the interim, the parties are engaged in due diligence efforts and certain confirmatory exchanges of information intended to facilitate potential settlement.

The parties therefore join Judge Scott's request that the temporary stay of this case be maintained pending completion of mediation efforts. The parties will report to the Court by November 17, 2016 on the results of the November 10th mediation session.

Dated: October 4, 2016

| **AYLSTOCK, WITCKIN, KREIS & OVERHOLTZ, PLLC**<br><br>s/ Bryan Aylstock<br>BRYAN AYLSTOCK, FBN: 78263<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: 850.202.1010<br>Facsimile: 850.916.7449<br>baylstock@awkolaw.com<br><br>**HEMMINGS & STEVENS, P.L.L.C.**<br><br>s/ Aaron Hemmings<br>AARON HEMMINGS, (*pro hac vice*)<br>5540 McNeely Drive, Suite 202<br>Raleigh, NC 27612<br>Telephone: 919.277.0161<br>Facsimile: 919.277.0162<br>ahemmings@hemmingsandstevens.com<br><br>***Attorneys for Plaintiff*** | **BRADLEY ARANT BOULT CUMMINGS LLP**<br><br>s/ Michael R. Pennington<br>MICHAEL R. PENNINGTON (*pro hac vice*)<br>BRIAN WAHL, FBN: 95777<br>MICHAEL B. COLGAN, FBN: 191383<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Telephone: 205.521.8000<br>Facsimile: 205.521.8800<br>mpennington@bradley.com<br>bwahl@bradley.com<br>mcolgan@bradley.com<br><br>***Attorneys for Defendant*** |
|---|---|

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 4th day of October, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF, which will send a notice of electronic filing to all counsel of record.

s/ Michael R. Pennington
OF COUNSEL
