IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN ROBERT BEGLEY and CARRIE BELL BEGLEY, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) CASE NO. 3:16-cv-00149-MCR-CJK |
| v. | )<br>) |
| OCWEN LOAN SERVICING, LLC, | )<br>) |
| Defendant. | ) |

**MEDIATOR'S REPORT AND PARTIES' SUPPLEMENTAL STATEMENT ON PROGRESS OF ONGOING MEDIATION**

On August 26, 2016, the Court entered an Order temporarily staying this complex putative class action pending mediation by the parties (Doc. 30). The Court extended that stay on October 5, 2016 following the parties' first mediation session, and ordered the parties to provide the Court with a status report regarding their continuing mediation efforts on or before November 17, 2016 (Doc. 32). Pursuant to that October 5th Order, Plaintiffs John and Carrie Begley and Defendant Ocwen Loan Servicing, LLC jointly submit the attached Mediator's Second Report, dated November 16, 2016, confirming the parties: (A) held a second full day of mediation on November 15, 2016 in which they made substantial further progress through

1

mediation towards a possible resolution of this case, and (B) are scheduled to resume the mediation before former United States District Judge Thomas E. Scott (Ret.) on January 10, 2017 (and continuing, if necessary, on January 11, 2017).  In the interim, the parties have exchanged significant factual and analytical data and information intended to facilitate potential settlement.  The additional time is needed so this information can be analyzed by an additional expert plaintiffs have now retained for purposes of settlement.

     The parties therefore join Judge Scott's request that the temporary stay of this case be maintained pending completion of mediation efforts.  The parties will report to the Court by January 16, 2017 on the results of the January 10, 2016 mediation session.

Dated:  November 16, 2016

| | |
|---|---|
| **AYLSTOCK, WITCKIN, KREIS & OVERHOLTZ, PLLC**<br><br>*s/ Bryan Aylstock*<br>BRYAN AYLSTOCK, FBN:  78263<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: 850.202.1010<br>Facsimile:  850.916.7449<br>baylstock@awkolaw.com<br><br>**HEMMINGS & STEVENS, P.L.L.C.**<br><br>S/ Aaron Hemmings<br>AARON HEMMINGS, (*pro hac vice*)<br>5540 McNeely Drive, Suite 202<br>Raleigh, NC 27612<br>Telephone: 919.277.0161<br>Facsimile:  919.277.0162<br>ahemmings@hemmingsandstevens.com<br><br>*Attorneys for Plaintiff* | **BRADLEY ARANT BOULT CUMMINGS LLP**<br><br>*s/ Michael R. Pennington*<br>MICHAEL R. PENNINGTON *(pro hac vice)*<br>BRIAN WAHL, FBN: 95777<br>MICHAEL B. COLGAN, FBN: 191383<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Telephone: 205.521.8000<br>Facsimile: 205.521.8800<br>mpennington@bradley.com<br>bwahl@bradley.com<br>mcolgan@bradley.com<br><br>*Attorneys for Defendant* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF, which will send a notice of electronic filing to all counsel of record.

>*s/  Michael R. Pennington*
>OF COUNSEL