IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| JOHN ROBERT BEGLEY and CARRIE BELL BEGLEY, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 3:16-cv-00149-MCR-CJK |
| v. | ) ) | |
| OCWEN LOAN SERVICING, LLC, | ) ) | |
| Defendant. | ) | |

**MEDIATOR'S REPORT AND PARTIES' THIRD SUPPLEMENTAL STATEMENT ON PROGRESS OF ONGOING MEDIATION**

On November 22, 2016, the Court entered an Order continuing the temporary stay of this complex putative class action pending mediation by the parties (Doc. 35). In so doing, the Court ordered the parties to file a status report regarding their continuing mediation efforts on or before January 16, 2017 (*Id.*).[1] Pursuant to that November 22nd Order, Plaintiffs John and Carrie Begley and Defendant Ocwen Loan Servicing, LLC jointly submit the attached Mediator's Third Report, dated January 17, 2017, confirming the parties: (A) held an additional two full days of

---

[1] The Court ordered the parties to submit their status report on January 16, 2017, which turned out to be a federal holiday. As a result, the parties are submitting their report today, the following business day. The parties apologize for any inconvenience or misunderstanding in the applicable deadline for this report's submission.

1

mediation on January 10th and 11th in which they made substantial progress through mediation towards a possible resolution of this case, and (B) require an additional fourteen (14) days to further negotiate one remaining material item and then hopefully reach a mutually agreeable memorandum of understanding regarding the settlement of this case.  The parties therefore join Judge Scott's request that the temporary stay of this case be maintained through the end of January 2017.  The parties will report to the Court by January 31, 2017 on whether a mutually agreeable settlement in principle has been reached by the Parties (and, if so, when the Parties anticipate moving for preliminary approval of such settlement).

Dated:  January 17, 2017

| AYLSTOCK, WITCKIN, KREIS & OVERHOLTZ, PLLC | BRADLEY ARANT BOULT CUMMINGS LLP |
|---|---|
| s/ Bryan Aylstock<br>BRYAN AYLSTOCK, FBN:  78263<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: 850.202.1010<br>Facsimile: 850.916.7449<br>baylstock@awkolaw.com<br><br>**HEMMINGS & STEVENS, P.L.L.C.**<br><br>s/ Aaron Hemmings<br>AARON HEMMINGS, (*pro hac vice*)<br>5540 McNeely Drive, Suite 202<br>Raleigh, NC 27612<br>Telephone: 919.277.0161<br>Facsimile: 919.277.0162<br>ahemmings@hemmingsandstevens.com<br><br>***Attorneys for Plaintiff*** | s/ Michael R. Pennington<br>MICHAEL R. PENNINGTON (*pro hac vice*)<br>BRIAN WAHL, FBN: 95777<br>MICHAEL B. COLGAN, FBN: 191383<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Telephone: 205.521.8000<br>Facsimile: 205.521.8800<br>mpennington@bradley.com<br>bwahl@bradley.com<br>mcolgan@bradley.com<br><br>***Attorneys for Defendant*** |

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF, which will send a notice of electronic filing to all counsel of record.

*s/ Michael R. Pennington*
OF COUNSEL