UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN ROBERT BEGLEY and
CARRIE BELL BEGLEY, on behalf
of themselves and all others similarly
situated,

    Plaintiffs,

v.                                               CASE NO. 3:16-cv-149/MCR/CJK

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

## ORDER

This matter is before the Court on the parties' joint request for a stay pending additional mediation efforts.[1] The parties report that they conducted two full days of mediation on January 10th and January 11th and made substantial progress towards a possible resolution of the case. They now seek a stay of all discovery for a period of fourteen (14) days in order to further negotiate a remaining item, material to settlement. On consideration, the court finds it appropriate to grant the parties' request.

---

[1] This joint request is formally before the Court in the Mediator's Report and Parties' Third Supplemental Statement on Progress of Ongoing Mediation, ECF No. 36.

Accordingly, it is **ORDERED**:

1. All litigation in this matter is STAYED and all deadlines tolled for fourteen (14) days following this Order.

2. The parties are directed to immediately advise the Court by **February 3, 2017** on whether a mutually agreeable settlement has been reached by the parties and if so, when the parties anticipate moving for preliminary approval of such settlement.

**DONE AND ORDERED on this 20th day of January, 2017.**

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**