## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**JOHN ROBERT BEGLEY and**
**CARRIE BELL BEGLEY, on behalf**
**of themselves and all others similarly**
**situated,**

      **Plaintiffs,**

**v.**                                            **CASE NO. 3:16-cv-149/MCR/CJK**

**OCWEN LOAN SERVICING, LLC,**

      **Defendant.**

_____/

### ORDER

      This matter is before the Court on the parties' joint request for a stay pending further mediation efforts.[1]  The parties report that they conducted three separate mediation sessions and made substantial progress towards a resolution of the case. The parties indicate that they have agreed on all principal terms of settlement for this matter, pending final mutual agreement on all necessary documentation.  They now seek a stay of all discovery until April 15, 2017 in order to retain a settlement administrator and draft, circulate, and agree on all required documents necessary to

---

[1] This joint request is formally before the Court in the Joint Response to the Court's January 20, 2017 Order and Notice of Settlement, ECF No. 38.

present the settlement for preliminary approval.  On consideration, the court finds it appropriate to grant the parties' request.

Accordingly, it is **ORDERED**:

1.  All litigation in this matter is STAYED and all deadlines tolled until April 15, 2017.

2.  The parties are directed to present a comprehensive proposed Stipulation and motion for preliminary approval by **April 15, 2017**.

**DONE AND ORDERED on this 6th day of February, 2017.**


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**