UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN ROBERT BEGLEY and
CARRIE BELL BEGLEY, on behalf
of themselves and all others similarly
situated,**

    Plaintiffs,

v.                                                     CASE NO. 3:16-cv-149/MCR/CJK

**OCWEN LOAN SERVICING, LLC,**

    Defendant.

_____/

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend the Stay, ECF No. 40. The parties indicate that they have negotiated and drafted a comprehensive written class action settlement agreement, class notices, a claim form, and other necessary accompanying documents. They now seek an extension of the stay until May 12, 2017 in order to ensure that the necessary documents are complete and understandable to the settlement class members. On consideration, the Court finds it appropriate to grant the parties' request.

Accordingly, it is **ORDERED**:

1. All litigation in this matter is **STAYED** and all deadlines tolled until May 12, 2017.

2. The parties are directed to present a comprehensive proposed Stipulation and motion for preliminary approval by **May 12, 2017**.

**DONE AND ORDERED on this 12th day of April, 2017.**

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**